UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
2178 ATLANTIC REALTY LLC, and
NOTEWORTHY FORECLOSURE LLC,

                           Appellants,                    **JUDGMENT**
                                                           20-CV-1278 (RRM)

   - against -

2178 ATLANTIC AVENUE HOUSING
DEVELOPMENT FUND CORPORATION,

                           Appellee.
----------------------------------------------------------------x

      Pursuant to the Memorandum and Order dated March 30, 2021, it is hereby

      ORDERED, ADJUDGED AND DECREED that this appeal is dismissed, and the filed is hereby closed in this Court.


Dated: Brooklyn, New
           March 31, 2021

                                                  *Roslynn R. Mauskopf*
                                                  _____
                                                  ROSLYNN R. MAUSKOPF
                                                  United States District Judge